SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Fresno Pipe & Supply, Inc., et al,<br><br>　　　　Defendants | Case No. **2:11-cv-02041-JAM-KJN**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL JANUARY 24, 2012 FOR DEFENDANTS FRESNO PIPE & SUPPLY, INC. INDIVIDUALLY AND D/B/A STOCKTON PIPE & SUPPLY; KEARNEYS' RENTALS, LLC TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Fresno Pipe & Supply, Inc. Individually and d/b/a Stockton Pipe & Supply; Kearneys' Rentals, LLC, by and through their respective attorneys of record, Scott N. Johnson; Stephen E. Horan; Dennis C. Huie; stipulate as follows:

{00974998.DOC}STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

1. An extension of time has been previously obtained for Defendant Kearneys' Rentals, LLC until January 4, 2012 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendants Fresno Pipe & Supply, Inc. Individually and d/b/a Stockton Pipe & Supply; Kearneys' Rentals, LLC are granted an extension until January 24, 2012 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants Fresno Pipe & Supply, Inc. Individually and d/b/a Stockton Pipe & Supply; Kearneys' Rentals, LLC response will be due no later than January 24, 2012.

IT IS SO STIPULATED effective as of January 3, 2012

Dated: January 3, 2012                    /s/Dennis C. Huie_____

                                          Dennis C. Huie,
                                          Attorney for Defendants
                                          Fresno Pipe & Supply,
                                          Inc. Individually and
                                          d/b/a Stockton Pipe &
                                          Supply

{00974998.DOC}STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com

```
Dated:  January 4, 2012           /s/ Stephen E. Horan ___
                                  Stephen E. Horan,
                                  Attorney for Defendant
                                  Kearneys' Rentals, LLC



Dated:  January 3, 2012           /s/Scott N. Johnson ____
                                  Scott N. Johnson,
                                  Attorney for Plaintiff
```

**IT IS SO ORDERED:** that Defendants Fresno Pipe & Supply, Inc. Individually and d/b/a Stockton Pipe & Supply; Kearneys' Rentals, LLC shall have until January 24, 2012 to respond to complaint.

```
Dated: 1/4/2012        /s/ John A. Mendez_____ _
                       United States District Court Judge
```

PDF created with pdfFactory trial version www.pdffactory.com