```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff,<br><br>  vs.<br><br>Fresno Pipe & Supply, Inc., et al,<br><br>    Defendants | Case No. **2:11-cv-02041-JAM-KJN**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL JANUARY 24, 2012 FOR DEFENDANTS FRESNO PIPE & SUPPLY, INC. INDIVIDUALLY AND D/B/A STOCKTON PIPE & SUPPLY; KEARNEYS' RENTALS, LLC TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Fresno Pipe & Supply, Inc. Individually and d/b/a Stockton Pipe & Supply; Kearneys' Rentals, LLC, by and through their respective attorneys of record, Scott N. Johnson; Stephen E. Horan; Dennis C. Huie; stipulate as follows:

{00974998.DOC}STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

1. An extension of time has been previously obtained for Defendant Kearneys' Rentals, LLC until January 4, 2012 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendants Fresno Pipe & Supply, Inc. Individually and d/b/a Stockton Pipe & Supply; Kearneys' Rentals, LLC are granted an extension until January 24, 2012 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants Fresno Pipe & Supply, Inc. Individually and d/b/a Stockton Pipe & Supply; Kearneys' Rentals, LLC response will be due no later than January 24, 2012.

IT IS SO STIPULATED effective as of January 3, 2012

Dated:   January 3, 2012            /s/Dennis C. Huie_____
                                    Dennis C. Huie,
                                    Attorney for Defendants
                                    Fresno Pipe & Supply,
                                    Inc. Individually and
                                    d/b/a Stockton Pipe &
                                    Supply

{00974998.DOC}STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com

```
Dated:   January 4, 2012              /s/ Stephen E. Horan ___
                                      Stephen E. Horan,
                                      Attorney for Defendant
                                      Kearneys' Rentals, LLC



Dated:   January 3, 2012              /s/Scott N. Johnson ____
                                      Scott N. Johnson,
                                      Attorney for Plaintiff
```

**IT IS SO ORDERED:** that Defendants Fresno Pipe & Supply, Inc. Individually and d/b/a Stockton Pipe & Supply; Kearneys' Rentals, LLC shall have until January 24, 2012 to respond to complaint.

```
Dated: 1/4/2012          /s/ John A. Mendez_____   _
                         United States District Court Judge
```

{00974998.DOC}STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 3

PDF created with pdfFactory trial version www.pdffactory.com