1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
   5150 FAIR OAKS BLVD., SUITE 101
2  PMB #253
   CARMICHAEL, CA 95608-5758
3  TELEPHONE (916) 485-3516
   FAX (916) 481-4224
4  E-MAIL scottnjohnson@dapiinc.com

5  Attorney for Plaintiff Scott N. Johnson

6

7

8              **UNITED STATES DISTRICT COURT**

9            **EASTERN DISTRICT OF CALIFORNIA**

10

11

12

13  Scott N. Johnson                    ) Case No.**2:11-cv-02041-JAM-KJN**
                                        )
14              Plaintiff,              ) STIPULATION AND ORDER RE:
                                        ) EXTENSION OF TIME UNTIL
15       vs.                            ) FEBRUARY 24, 2011 FOR
                                        ) DEFENDANTS FRESNO PIPE &
16  Fresno Pipe & Supply, Inc., et      ) SUPPLY, INC. INDIVIDUALLY AND
                                        ) D/B/A STOCKTON PIPE & SUPPLY;
17  al                                  ) KEARNEYS' RENTALS, LLC TO
                                        ) RESPOND TO COMPLAINT
18              Defendants              )
                                        )
19  _____    )

20

21   Pursuant to Local Rule 6-144 (a), Plaintiff Scott N.

22  Johnson and Defendants, Fresno Pipe & Supply, Inc.

23  Individually and d/b/a Stockton Pipe & Supply; Kearneys'

24  Rentals, LLC, by and through their respective attorneys of

25  record, Scott N. Johnson; Dennis C. Huie; Robin Basra,

26  stipulate as follows:

27

28

            STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

1. An extension of time has been previously
   obtained for Defendants Fresno Pipe & Supply,
   Inc. Individually and d/b/a Stockton Pipe &
   Supply; Kearneys' Rentals, LLC until January
   24, 2012 to respond or otherwise plead
   reference to Plaintiff's complaint.

2. Defendants Fresno Pipe & Supply, Inc.
   Individually and d/b/a Stockton Pipe & Supply;
   Kearneys' Rentals, LLC are granted an extension
   until February 24, 2012 to respond or otherwise
   plead reference to Plaintiff's complaint.

3. Defendants Fresno Pipe & Supply, Inc.
   Individually and d/b/a Stockton Pipe & Supply;
   Kearneys' Rentals, LLC response will be due no
   later than February 24, 2012.

IT IS SO STIPULATED effective as of January 24, 2012

Dated:  January 24, 2012          /s/Dennis C.Huie_____ ____

                                  Dennis C. Huie,

                                  Attorney for Defendant

                                  Frenso Pipe & Supply,

                                  Inc. Individually and

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com

1                                   d/b/a Stockton Pipe &

2                                   Supply

3

4 Dated: January 24, 2012          /s/Robin Basra_____ ____

5                                   Robin Basra,

6

7                                   Attorney for Defendant

8                                   Kearneys' Rentals, LLC

9

10

11 Dated: January 24, 2012          /s/Scott N. Johnson ____

12                                   Scott N. Johnson,

13                                   Attorney for Plaintiff

14

15

16

17

18     **IT IS SO ORDERED:** that Defendants Fresno Pipe &

19 Supply, Inc. Individually and d/b/a Stockton Pipe & Supply;

20 Kearneys' Rentals, LLC shall have until February 24, 2012

21 to respond to complaint.

22

23 Dated: 1/24/2012              /s/ John A. Mendez_____

24                                   U. S. District Court Judge

25

26

27

28

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 3

PDF created with pdfFactory trial version www.pdffactory.com