SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:11-cv-02041-JAM-KJN** |
| Plaintiff, | ) STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL FEBRUARY 24, 2011 FOR DEFENDANTS FRESNO PIPE & SUPPLY, INC. INDIVIDUALLY AND D/B/A STOCKTON PIPE & SUPPLY; KEARNEYS' RENTALS, LLC TO RESPOND TO COMPLAINT |
| vs. | |
| Fresno Pipe & Supply, Inc., et al | |
| Defendants | |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Fresno Pipe & Supply, Inc. Individually and d/b/a Stockton Pipe & Supply; Kearneys' Rentals, LLC, by and through their respective attorneys of record, Scott N. Johnson; Dennis C. Huie; Robin Basra, stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

1. An extension of time has been previously obtained for Defendants Fresno Pipe & Supply, Inc. Individually and d/b/a Stockton Pipe & Supply; Kearneys' Rentals, LLC until January 24, 2012 to respond or otherwise plead reference to Plaintiff's complaint.
2. Defendants Fresno Pipe & Supply, Inc. Individually and d/b/a Stockton Pipe & Supply; Kearneys' Rentals, LLC are granted an extension until February 24, 2012 to respond or otherwise plead reference to Plaintiff's complaint.
3. Defendants Fresno Pipe & Supply, Inc. Individually and d/b/a Stockton Pipe & Supply; Kearneys' Rentals, LLC response will be due no later than February 24, 2012.

IT IS SO STIPULATED effective as of January 24, 2012

Dated:   January 24, 2012            /s/Dennis C.Huie____ ___
                                     Dennis C. Huie,
                                     Attorney for Defendant
                                     Frenso Pipe & Supply,
                                     Inc. Individually and

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

d/b/a Stockton Pipe & Supply

Dated: January 24, 2012          /s/Robin Basra_____

Robin Basra,

Attorney for Defendant

Kearneys' Rentals, LLC

Dated: January 24, 2012          /s/Scott N. Johnson____

Scott N. Johnson,

Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendants Fresno Pipe & Supply, Inc. Individually and d/b/a Stockton Pipe & Supply; Kearneys' Rentals, LLC shall have until February 24, 2012 to respond to complaint.

Dated: 1/24/2012                 /s/ John A. Mendez_____

U. S. District Court Judge

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 3

PDF created with pdfFactory trial version www.pdffactory.com