SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:11-cv-02041-JAM-KJN** |
| Plaintiff; | ) **ORDER RE: STIPULATION FOR DISMISSAL** |
| vs. | ) |
| Fresno Pipe & Supply, Inc., et al, | ) |
| Defendants. | ) |

IT IS HEREBY ORDERED THAT this action be and is hereby dismissed With Prejudice pursuant to FRCP 41(a)(2).

Date:  3/22/2012

/s/ John A. Mendez
U. S. District Court Judge

PROPOSED ORDER RE STIPULATION FOR DISMISSAL

CIV: S-11-cv-02041-JAM-KJN- 1

PDF created with pdfFactory trial version www.pdffactory.com